UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| Dennis Maurer, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : Case No. 1:18-cv-10121-RBK-AMD |
| Boston Market Corporation, | : |
| | : |
| Defendant. | : |
| _____ | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendant, BOSTON MARKET CORPORATION, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.  The parties have stipulated in the Settlement Agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jon G. Shadinger Jr. | /s/ Jill R. Cohen |
| Jon G. Shadinger Jr., Esq. | Jill R. Cohen, Esq. |
| Shadinger Law, LLC | Eckert, Seamans, Cherin & Mellot, LLC |
| P.O. Box 279 | 2000 Lenox Drive, Suite 203 |
| Estell Manor, NJ 08319 | Lawrenceville, NJ 08648 |
| Tel: (609) 319-5399 | Tel: (609) 989-5060 |
| Fax: (314) 898-4053 | Fax: (609) 392-7956 |
| js@shadingerlaw.com | jcohen@eckertseamans.com |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| *Dennis Maurer* | *Boston Market Corporation* |

Dated: January 10, 2019